In the Matter of the Claim of MARGARET BEALER, Respondent, against TOWN OF AMHERST et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 13, 1952; decided April 17, 1952.

**964**

*Frank C. Roberts* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.